# EXHIBIT A

I tried to contact BJ's Wholesale on March 30, 2020 around 12:41p.m. I called store twice due to Covid-19 symptom's and also there was outbreak inside store people had covid-19 virus. There was a state of emergency in the state of New York and also areas surrounding Monroe New York. I called District Manager Alena during the time I couldn't get in contact with the store and she stated she would take care of it. The safety and well-being of associates and customers no one at time was wearing masks until lately in the outbreak inside the store and I informed management about masks. And the state informed people they didn't have to work stay home not comfortable but, I had symptoms of covid-19 and I was working close to a manager who had covid-19 in meat department and I was informed late by management they had chlorine overnight of the outbreak inside the store. I put in request to take off just in case the store didn't get notice they rejected the sick days requested and Alena stated to me I was on Leave of Absence.

*Lisyth, Bradley*   12/20/21



Account Number: 485395735
Bill Period: Mar 18 - Apr 17, 2020

## Call Details - (973) 985-5304 - Voice

Call time displays as Central Time (CT) or local time depending on how and where the call was made.

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| Mar 18 | 02:20 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 10:00 | - |
| | 02:38 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 02:00 | - |
| | 03:40 pm | (410) 504-9332 | Incoming | AU | 13:00 | - |
| | 06:02 pm | (201) 389-1100 | Incoming | AU | 02:00 | - |
| | 09:41 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 02:00 | - |
| Mar 19 | 12:12 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 03:00 | - |
| | 01:45 pm | (914) 329-5988 | WHITE PLS,NY | AU | 01:00 | - |
| | 08:29 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 06:00 | - |
| | 08:38 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 03:00 | - |
| | 09:50 pm | (914) 329-5988 | Incoming | NW/AU | 09:00 | - |
| Mar 20 | 05:47 am | (914) 329-5988 | WHITE PLS,NY | NW/AU | 01:00 | - |
| | 08:07 am | (914) 329-5988 | WHITE PLS,NY | AU | 01:00 | - |
| | 02:07 pm | (914) 329-5988 | WHITE PLS,NY | AU | 01:00 | - |
| | 02:24 pm | (888) 280-4331 | Toll Free Call | AU | 02:00 | - |
| | 03:55 pm | (877) 442-1958 | Toll Free Call | AU | 01:00 | - |
| | 03:55 pm | (888) 280-4331 | Toll Free Call | AU | 52:00 | - |
| | 10:05 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 03:00 | - |
| Mar 21 | 01:41 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 05:00 | - |
| Mar 22 | 02:58 pm | (888) 280-4331 | Toll Free Call | NW/AU | 07:00 | - |
| | 03:05 pm | (800) 432-3117 | Toll Free Call | NW/AU | 40:00 | - |
| | 03:59 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 01:00 | - |
| | 05:20 pm | (931) 220-3949 | Incoming | NW/AU | 36:00 | - |
| | 05:39 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 02:00 | - |
| Mar 23 | 02:31 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 04:00 | - |
| | 03:36 pm | (800) 935-9935 | Toll Free Call | AU | 49:00 | - |
| | 04:25 pm | (800) 935-9935 | Toll Free Call | AU | 38:00 | - |
| | 05:13 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 03:00 | - |
| | 06:53 pm | (410) 504-9332 | Incoming | AU | 09:00 | - |
| Mar 24 | 08:59 am | (508) 309-8554 | FRAMINGHAM,MA | AU | 04:00 | - |
| | 07:49 pm | (866) 564-2262 | Toll Free Call | AU | 53:00 | - |
| Mar 25 | 02:00 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 01:00 | - |
| | 07:00 pm | (410) 265-8275 | WOODLAWN,MD | AU | 10:00 | - |
| Mar 26 | 08:36 am | (914) 329-5988 | WHITE PLS,NY | AU | 01:00 | - |
| | 11:34 am | (914) 329-5988 | Incoming | AU | 01:00 | - |
| | 12:39 pm | (914) 329-5988 | WHITE PLS,NY | AU | 01:00 | - |
| | 02:09 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 01:00 | - |
| | 05:59 pm | (614) 593-1004 | COLUMBUS,OH | AU | 01:00 | - |
| | 06:15 pm | (800) 714-3373 | Incoming | AU | 03:00 | - |
| Mar 27 | 02:13 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 05:00 | - |
| | 04:26 pm | (410) 265-8275 | Incoming | AU | 03:00 | - |
| | 04:37 pm | (973) 470-5280 | PASSAIC,NJ | AU | 01:00 | - |
| | 04:39 pm | (201) 639-2818 | RIDGEWOOD,NJ | AU | 02:00 | - |
| | 05:11 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 07:00 | - |
| Mar 28 | 02:26 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 02:00 | - |
| Mar 29 | 12:17 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 01:00 | - |
| | 12:18 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 01:00 | - |
| | 12:18 pm | (410) 265-8275 | WOODLAWN,MD | AU | 03:00 | - |
| | 12:20 pm | (410) 265-8275 | WOODLAWN,MD | AU | 01:00 | - |
| | 12:21 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 03:00 | - |
| | 01:18 pm | (410) 504-9332 | Incoming | NW/CW/AU | 02:00 | - |
| | 08:38 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 03:00 | - |
| Mar 30 | 09:35 am | (914) 329-5988 | WHITE PLS,NY | AU | 01:00 | - |

Rate Type
AU Anytime Plan Usage
CW Call Waiting
NW Night and Weekends

Call Details - (973) 985-5304 - Voice continues...



A2 of 3
Account Number: 485395735
Bill Period: Mar 18 - Apr 17, 2020

## Call Details - (973) 985-5304 - Voice ...continued

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:11 am | (914) 329-5988 | WHITE PLS,NY | AU | 07:00 | - |
| | 12:41 pm | (845) 783-8338 | MONROE,NY | AU | 03:00 | - |
| | 12:47 pm | (845) 783-8338 | MONROE,NY | AU | 03:00 | - |
| | 01:30 pm | (551) 235-8714 | Incoming | AU | 01:00 | - |
| | 01:50 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 06:00 | - |
| | 03:02 pm | (410) 504-9332 | Incoming | AU | 10:00 | - |
| | 03:43 pm | (551) 235-8714 | Incoming | AU | 01:00 | - |
| | 03:46 pm | (410) 504-9332 | Incoming | AU | 05:00 | - |
| | 08:04 pm | (201) 389-1100 | Incoming | AU | 02:00 | - |
| | 09:44 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 02:00 | - |
| Mar 31 | 10:36 am | (800) 963-8442 | Toll Free Call | AU | 26:00 | - |
| | 11:30 am | (201) 438-4409 | RUTHERFORD,NJ | AU | 01:00 | - |
| | 11:31 am | (201) 438-4409 | RUTHERFORD,NJ | AU | 06:00 | - |
| | 11:45 am | (201) 226-0575 | HACKENSACK,NJ | AU | 02:00 | - |
| | 01:30 pm | (973) 568-1575 | NEWARK,NJ | AU | 02:00 | - |
| | 01:37 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 01:00 | - |
| | 01:40 pm | (215) 880-7443 | PHILA,PA | AU | 20:00 | - |
| | 02:08 pm | (800) 492-5678 | Toll Free Call | AU | 27:00 | - |
| | 02:35 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 04:00 | - |
| Apr 01 | 08:29 am | (201) 438-4409 | RUTHERFORD,NJ | AU | 03:00 | - |
| | 08:55 am | 44769900112 | Incoming | AU | 01:00 | - |
| | 08:55 am | 44769900112 | Incoming | AU | 01:00 | - |
| | 08:56 am | (678) 919-8226 | Incoming | AU | 01:00 | - |
| | 10:16 am | (410) 504-9332 | PIKESVILLE,MD | AU | 01:00 | - |
| | 10:16 am | (410) 265-8275 | WOODLAWN,MD | AU | 01:00 | - |
| | 10:27 am | (410) 504-9332 | PIKESVILLE,MD | AU | 05:00 | - |
| | 11:24 am | (410) 504-9332 | PIKESVILLE,MD | AU | 11:00 | - |
| | 12:00 pm | (410) 265-8275 | Incoming | AU | 01:00 | - |
| | 01:23 pm | (800) 963-8442 | Toll Free Call | AU | 06:00 | - |
| | 01:28 pm | (800) 361-0781 | Toll Free Call | AU | 29:00 | - |
| | 02:27 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 11:00 | - |
| | 04:47 pm | (551) 235-8629 | Incoming | AU | 01:00 | - |
| | 06:59 pm | (646) 309-2092 | Incoming | AU | 29:00 | - |
| | 07:29 pm | (646) 309-2092 | Incoming | AU | 39:00 | - |
| | 08:11 pm | (646) 309-2092 | Incoming | AU | 07:00 | - |
| | 08:15 pm | (862) 336-3374 | Incoming | CW/AU | 03:00 | - |
| | 08:17 pm | (646) 309-2092 | Incoming | AU | 14:00 | - |
| | 08:32 pm | (646) 309-2092 | Incoming | AU | 59:00 | - |
| | 09:52 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 01:00 | - |
| | 09:53 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 06:00 | - |
| Apr 02 | 01:17 pm | (646) 558-8656 | NEW YORK,NY | AU | 03:00 | - |
| | 01:32 pm | (973) 314-9356 | MILLBURN,NJ | AU | 01:00 | - |
| | 01:33 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 02:00 | - |
| | 01:40 pm | (201) 438-4409 | RUTHERFORD,NJ | AU | 03:00 | - |
| | 02:33 pm | (201) 438-4409 | RUTHERFORD,NJ | AU | 07:00 | - |
| | 02:49 pm | (800) 492-5678 | Toll Free Call | AU | 02:00 | - |
| | 02:55 pm | (800) 492-5678 | Toll Free Call | AU | 06:00 | - |
| Apr 03 | 10:26 am | (856) 329-8915 | WOODSTOWN,NJ | AU | 01:00 | - |
| | 10:48 am | (973) 314-9362 | MILLBURN,NJ | AU | 01:00 | - |
| | 11:35 am | (508) 309-8554 | FRAMINGHAM,MA | AU | 01:00 | - |
| | 11:39 am | (347) 849-0871 | BRONX NYC,NY | AU | 27:00 | - |
| | 12:21 pm | (855) 955-2534 | Toll Free Call | AU | 01:00 | - |
| | 12:23 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 03:00 | - |
| | 01:21 pm | (551) 235-8768 | JERSEYCITY,NJ | AU | 02:00 | - |

**Rate Type**
**AU**  Anytime/Plan Usage
**CW**  Call Waiting
**NW**  Night and Weekends

Call Details - (973) 985-5304 - Voice continues...



Call Details - (973) 985-5304 - Voice ...continued

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 05:14 pm | (876) 522-4946 | Incoming | AU | 01:00 | - |
| | 05:30 pm | (551) 235-8768 | Incoming | AU | 01:00 | - |
| | 08:46 pm | (702) 689-0010 | Incoming | AU | 07:00 | - |
| Apr 04 | 10:04 am | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 01:00 | - |
| | 10:04 am | (410) 265-8275 | WOODLAWN,MD | NW/AU | 01:00 | - |
| | 10:19 am | (508) 309-8554 | FRAMINGHAM,MA | NW/AU | 10:00 | - |
| | 11:59 am | (800) 227-4825 | Toll Free Call | NW/AU | 04:00 | - |
| Apr 05 | 09:24 am | (201) 909-9800 | HACKENSACK,NJ | NW/AU | 06:00 | - |
| | 09:43 am | (404) 445-2220 | Incoming | NW/AU | 02:00 | - |
| | 09:57 am | (404) 445-2220 | Incoming | NW/AU | 01:00 | - |
| | 12:04 pm | (412) 253-4508 | Incoming | NW/AU | 07:00 | - |
| Apr 06 | 06:02 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 05:00 | - |
| Apr 07 | 02:56 pm | (508) 309-8554 | FRAMINGHAM,MA | AU | 02:00 | - |
| | 04:12 pm | (862) 336-3374 | PATERSON,NJ | AU | 01:00 | - |
| | 04:55 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 09:00 | - |
| | 06:08 pm | (800) 937-2000 | Toll Free Call | AU | 34:00 | - |
| Apr 08 | 12:53 pm | (508) 309-8554 | Incoming | AU | 13:00 | - |
| | 01:53 pm | (862) 240-3207 | Incoming | AU | 02:00 | - |
| | 09:18 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 04:00 | - |
| Apr 09 | 10:41 am | (845) 783-5103 | MONROE,NY | AU | 03:00 | - |
| | 05:20 pm | (914) 614-3221 | WHITE PLS,NY | AU | 29:00 | - |
| Apr 10 | 04:56 pm | (508) 309-8554 | Incoming | AU | 05:00 | - |
| | 05:39 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 07:00 | - |
| | 06:39 pm | (410) 504-9332 | Incoming | AU | 01:00 | - |
| Apr 11 | 12:07 pm | (201) 880-9000 | HACKENSACK,NJ | NW/AU | 03:00 | - |
| | 12:34 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 07:00 | - |
| | 12:53 pm | (410) 504-9332 | PIKESVILLE,MD | NW/AU | 11:00 | - |
| | 01:13 pm | (201) 880-9000 | HACKENSACK,NJ | NW/AU | 03:00 | - |
| | 01:59 pm | (856) 803-4855 | Incoming | NW/CW/AU | 01:00 | - |
| Apr 14 | 08:03 am | (410) 504-9332 | PIKESVILLE,MD | AU | 01:00 | - |
| | 01:28 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 01:00 | - |
| | 01:28 pm | (410) 265-8275 | WOODLAWN,MD | AU | 01:00 | - |
| | 01:30 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 01:00 | - |
| | 01:32 pm | (410) 265-8275 | WOODLAWN,MD | AU | 04:00 | - |
| | 03:02 pm | (410) 265-8275 | Incoming | AU | 05:00 | - |
| | 07:53 pm | (410) 265-8275 | WOODLAWN,MD | AU | 04:00 | - |
| Apr 15 | 10:19 am | (973) 568-1575 | NEWARK,NJ | AU | 01:00 | - |
| Apr 16 | 05:09 pm | (410) 265-8275 | WOODLAWN,MD | AU | 05:00 | - |
| Apr 17 | 12:46 pm | (410) 504-9332 | PIKESVILLE,MD | AU | 01:00 | - |
| | 12:50 pm | (410) 265-8275 | WOODLAWN,MD | AU | 01:00 | - |
| | 04:34 pm | (410) 265-8275 | WOODLAWN,MD | AU | 02:00 | - |
| | 04:55 pm | (312) 728-4860 | CHICAGO,IL | AU | 03:00 | - |

**Rate Type**
AU  Anytime/Plan Usage
CW  Call Waiting
NW  Night and Weekends



(115,199 unread) - livingstonbradley@yahoo.com - Yahoo Mail
Case 4:21-cv-40127-TSH   Document 1-2   Filed 12/14/21   Page 7 of 20
Page 2 of 2

Monroe County. Counts may include college students who go to school in

tests divided by total tests based on report date.



(115,199 thread) - livingstonbradley@yahoo.com - Yahoo Mail

Page 2 of 2

of the system based on where  Source: Vital Records

(115,199 unread) - livingstonbradley@yahoo.com - Yahoo Mail
IMG_1115.PNG
Case 4:21-cv-40127-TSH Document 1-2 Filed 12/14/21 Page 10 of 20
Page 1 of 2
Download



at least one vaccine dose.    with at least one vaccine dose
divided by the total population in



Finger Lakes Region          Lakes Region

# Team Member Guide













September 2018

## Mission & Vision

**Mission**

BJ's mission is to become the shopping destination of choice for Smart Saving Families by providing marketing-leading value on products and services.

**Vision**

Our Members are the heart and soul of BJ's, and we'll give our very best every day to delight our Members.

## Member Experience and Service

We expect our Team Members to provide an exceptional Member experience, each and every day, with each and every interaction. This exceptional service keeps our Members coming back, shopping, and renewing their memberships. By following our Operating Standards, each team member can offer this exceptional experience to our Members. Remember to Keep It Friendly, by:

- Acknowledging and engaging with every member;
- Resolving issues as they arise; and
- Always thanking the member.

## Professional & Respectful Behavior

Our expectation is that our Team Members treat our Members, other Team Members, visitors and vendors in a professional and respectful manner. You should always treat others the way you want to be treated, and you should accept personal responsibility for professional, respectful and considerate behavior.

## We Are an Equal Employment Opportunity Employer

BJ's Wholesale Club, Inc. is an equal employment opportunity employer and, as such, strictly prohibits discrimination in hiring and all other terms and conditions of employment based on race, color, sex, age, physical or mental disability, religion, pregnancy, genetic information, military or veteran status, marital or familial status, national origin, creed, citizenship status, sexual orientation, gender identity or expression, atypical cellular or blood trait or any other characteristic protected by applicable law.

## At-Will Employment

BJ's Team Members are employed at-will, which means that employment may be terminated by either BJ's or the Team Member at any time, with or without notice or cause. **This Guide does not constitute an employment contract, guarantee a definite term of employment or otherwise modify the at-will nature of your relationship with BJ's.** The policies and information contained within this Guide may be changed by BJ's, with or without notice, at any time.

## Section III: Workplace Expectations

**Open Door Solutions Program**

At BJ's, management's door is always open. BJ's encourages its Team Members to bring forth work-related issues in accordance with our Open-Door Policy and while utilizing the four-step process provided via the Open-Door Solutions Program. BJ's is ready to take the necessary steps to resolve any workplace issues that come up at the earliest time possible, and we will work with all Team Members to find a fair and constructive solution.

The Four Steps in Open Door Solutions

BJ's aims to resolve any workplace issues that arise at the earliest time possible and work with Team Members to find those solutions. Below is a brief description of each step in the process, but for a detailed overview, please review the Open-Door Solutions Program brochure.

- **Step 1:** We strongly urge you to use this escalation process to help resolve any issue that you may encounter. Our objective is to resolve your issues as quickly as possible and we believe that working with your club management as your starting point will achieve those results. Your management teams are best equipped to assist you. If you ever believe that your concern has not been adequately addressed, you can always move to the next level of management.



- **Step 2:** If the Step 1 resolution process fails to satisfy your concerns, send a written complaint to BJ's Wholesale Club, Office of Open Door Solutions at 25 Research Drive, Routing No. A1, Westborough, MA 01581, or by email at opendoorsolutions@bjs.com. Your complaint should give a detailed description of your concern, at which point a member of the Human Resources team will review it. You may also call the Office of Open

Door Solutions at (774) 512-6161.
- **Step 3:** If you are unhappy with the result of Step 2, submit a Request for Reconsideration Form to the Office of Open Door Solutions. The Senior Vice President of Human Resources (or her/his designee) will review the complaint as well as the investigation and resolution findings from Step 2.
- **Step 4:** If your concerns have still not been sufficiently addressed, a Request for Arbitration must be filed with the Company's Office of the General Counsel, at which point an impartial arbitrator (to be agreed upon by the Team Member and BJ's) will be assigned to review the case.

Open Door Solutions is an important part of the larger pool of resources available to you and other Team Members and is designed to help us all resolve workplace concerns and disputes in a timely, efficient and constructive manner. For more information, please also refer to the "Solutions" poster located in your club, which lists important phone numbers, mailing addresses and email addresses for the resources that can help you get answers to your questions.

**Anti-Harassment, Discrimination & Retaliation Policy**

    *I.     Introduction*

BJ's does not tolerate discrimination, harassment and/or retaliation by any Team Member, vendor, contract worker, Member or visitor because of an applicant's or Team Member's race, color, sex, age, physical or mental disability, religion, pregnancy, genetic information, military or veteran status, marital or familial status, national origin, creed, citizenship status, sexual orientation, gender identity or expression, atypical cellular or blood trait, or any other characteristic protected by applicable law. Because BJ's takes allegations of discrimination, harassment and retaliation seriously, we will respond promptly to complaints of inappropriate conduct, and where it is determined that such inappropriate conduct has occurred, we will act promptly to eliminate the conduct and impose appropriate corrective action as is necessary, including disciplinary action up to and including separation of employment, or separation of relationship, where appropriate.

Further, any retaliation against an individual who has complained about harassment or discrimination or cooperated with an investigation of a complaint is similarly unlawful and will not be tolerated. To achieve our goal of providing a workplace free from discrimination, harassment and retaliation, we have provided a procedure by which such inappropriate conduct will be addressed.

Please note that while this policy sets forth our goals of promoting a workplace that free from unlawful discrimination, harassment and retaliation, the policy is not designed or intended to limit our authority to discipline or take remedial action for workplace conduct that the Company deems unacceptable, regardless of whether that conduct satisfies the definition of unlawful discrimination, harassment or retaliation.

    *II.     Definition of Discrimination*

<u>Discrimination</u>: Treating an individual or group differently on the basis of race, color, sex, age, physical or mental disability, religion, pregnancy, genetic information, military or veteran status, marital or familial status, national origin, creed, citizenship status, sexual orientation, gender identity or expression, atypical cellular or blood trait, or any other characteristic protected by applicable law in the terms and conditions of employment, including but not limited to the following:

- Hiring and firing;
- Compensation, assignment or classification of Team Members;
- Transfer, promotion, layoff or recall;
- Job advertisements;
- Recruitment;

- Testing;
- Use of Company facilities;
- Training and apprenticeship programs;
- Fringe benefits;
- Pay, retirement plans and disability leave; or
- Other terms and conditions of employment

### III. Definition of Sexual Harassment

<u>Sexual Harassment</u>: Refers to sexual advances, requests for sexual favors and verbal or physical conduct of a sexual nature when:

a. Submission to or rejection of such advances, requests or conduct is made either explicitly or implicitly a term or condition of employment or as a basis for employment decisions; or

b. Such advances, requests or conduct have the purpose or effect of unreasonably interfering with an individual's work performance by creating an intimidating, hostile, humiliating or sexually offensive work environment.

Under this definition, direct or implied requests by a supervisor for sexual favors in exchange for actual or promised job benefits (such as favorable reviews, salary increases, promotions, increased benefits or continued employment) constitute sexual harassment.

*The legal definition of sexual harassment is broad.* In addition to the above examples, other unwelcome sexually oriented conduct – whether intended or not – that has the effect of creating a workplace environment that is hostile, offensive, intimidating or humiliating to male or female Team Members may also constitute sexual harassment.

While it is not possible to list, every circumstance constitutes sexual harassment, the following are examples of conduct which, if unwelcome, may constitute sexual harassment depending upon the totality of the circumstances, including the severity of the conduct and its pervasiveness:

- Unwelcome sexual advances (whether involving physical contact or not);
- Sexual epithets, jokes, written or oral references to sexual conduct, gossip regarding one's sex life, comments about an individual's body and/or comments about an individual's sexual activity, deficiencies or prowess;
- Displaying sexually suggestive objects, pictures or cartoons;
- Unwelcome leering, whistling, brushing against the body, sexual gestures, suggestive or insulting comments;
- Inquiries into one's sexual experiences; and
- Discussion of one's sexual activities.

### IV. Definition of Harassment

<u>Harassment</u>: Any unwelcome conduct, whether verbal or non-verbal, that is based on a person's race, color, sex, age, physical or mental disability, religion, pregnancy, genetic information, military or veteran status, marital or familial status, national origin, creed, citizenship status, sexual orientation, gender identity or expression, atypical cellular or blood trait or other characteristic protected by applicable law, and which impacts a Team Member's job benefits or opportunities, interferes with work performance or creates an intimidating, hostile or offensive work environment. Prohibited behavior includes, but is not limited to,

slurs or other derogatory comments, jokes, objects, pictures, cartoons or demeaning gestures connected to one's membership in a protected group.

### V. Definition of Retaliation

Retaliation: Any adverse employment action taken against a Team Member because the Team Member, in good faith, uses the complaint procedures outlined in this policy; reports harassment or discrimination; files, testifies, assists or participates in any manner in any investigation, proceeding or hearing conducted by a governmental enforcement agency regarding harassment or discrimination; or opposes discrimination or harassment.

### VI. Complaints of Discrimination, Harassment or Retaliation

*Any applicant or Team Member who believes that he or she has been discriminated against, harassed or retaliated against, or has witnessed anyone else being discriminated against, harassed or retaliated against, should file a complaint (either orally or in writing).*

If you would like to file a complaint, please contact your immediate supervisor, any member of BJ's management, your Human Resources Representative and/or your Regional Human Resources Business Partner as soon as possible. You may also report any type of discriminatory, harassing or retaliatory conduct using the Open-Door Solutions Hotline at **(774) 512-6161** or **(888) 497-0100**.

Note: *If you do not feel comfortable with any of the above steps, you may use our anonymous Ethics and Compliance Hotline, a confidential messaging service available 24 hours a day, seven days a week. The Hotline may be reached at (866) 213-5051 or https://bjs.alertline.com.*

Additionally, supervisors or managers who become aware of any incident of alleged inappropriate conduct, discrimination, harassment or retaliation are responsible to report it to Human Resources immediately.

### VIII. Investigation

Complaints under this policy will be promptly investigated in a fair and expeditious manner. The investigation will be conducted in such a way as to maintain confidentiality to the extent practicable under the circumstances. The investigation will include interviews with the person filing the complaint, witnesses and the person alleged to have committed the inappropriate conduct or alleged discrimination, harassment or retaliation, as well as anyone else deemed necessary to conduct a thorough investigation. Upon completion of the investigation, and where appropriate, the parties will be notified of the results of the investigation.

### IX. Disciplinary Action

If it is determined that inappropriate conduct has occurred (whether it meets the legal definition of unlawful discrimination, harassment or retaliation), BJ's will take such action as is appropriate under the circumstances. Such action may range from counseling to education to separation from employment, and may include such other forms of disciplinary action as deemed appropriate under the circumstances.

### X. State & Federal Remedies

In addition to the above remedies, if you believe you have been subjected to unlawful discrimination, harassment or retaliation, you may file a formal complaint with the government agencies set forth in the Anti-Harassment, Discrimination and Retaliation Policy, found on BJ's Connect and posted on the Team Member Communication board in each Club. Using our complaint processes does not prohibit you from also filing a complaint with these agencies.

### Americans with Disabilities Act

BJ's is committed to providing equal opportunity for individuals with disabilities. If you believe you need a reasonable accommodation to perform the essential functions and duties of your job, or you have been subjected to discrimination or harassment because of your disability status, please report your concern to your Human Resources Representative.

### Cooperation in Investigations

For a variety of reasons, BJ's may need to conduct workplace investigations. These investigations may be conducted by BJ's alone, or in cooperation with law enforcement or investigative agencies. Every Team Member is obligated to fully cooperate with such investigations, including responding truthfully and completely to any questions asked during an investigation. Violation of this policy may result in disciplinary action, up to and including separation of employment.

BJ's will not tolerate any form of retaliation against Team Members who cooperate in investigations. Any form of retaliation in violation of this policy will result in disciplinary action, up to and including separation of employment.

### Romantic or Close Personal Relationships

BJ's recognizes that romantic or other close personal relationships may develop between colleagues. Care must be taken to ensure that these relationships do not adversely impact the work environment.

If a romantic or close personal relationship develops between a supervisor/manager and a Team Member, the supervisor/manager is required to promptly disclose the relationship to his/her immediate manager and Human Resources Representative. If the Company finds that the relationship creates an actual, apparent or potential conflict of interest, appropriate action may be taken to address the matter. Depending upon the available facts and the severity of concern, BJ's may (i) transfer one of the individuals to a different department, Club or region, if appropriate positions are available, or (ii) take other remedial action, up to and including separation of employment.

### Employment of Relatives

A Team Member's relative may be considered for employment with BJ's based on the relative's job qualifications. A relative may not be hired, however, if employment would:

    a. Create a situation where the relative's work responsibilities, performance evaluation, wages, or career progression is, or will, be directly influenced by the other relative; or

    b. Have the potential to create an adverse impact on the work performance of the relatives, any other Team Member or on the business; or

    c. Create either an actual or perceived conflict of interest.

For purposes of this policy, "relative" is defined as a spouse or domestic partner, child, parent, sibling, grandparent, grandchild, aunt, uncle, or cousin, including corresponding in-law or "step" relations. If two non-relatives live together, BJ's reserves the right to treat them as relatives for purpose of this policy. Team Members who date, live together, have a child together or get married while employed by BJ's are also subject to this policy.